# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| TitleMax of Alabama, Inc., | ) | |
| | ) | |
| Appellant, | ) | Case number: 5:22-cv-967-MHH |
| | ) | |
| | ) | |
| Neil Wills, | ) | |
| | ) | |
| Appellee. | ) | |

## NOTICE

The Bankruptcy Clerk of Court has promptly transmitted a Notice of Appeal to this Court pursuant to Federal Rule of Bankruptcy Procedure 8003(d)(1). The court reminds the parties of the requirements of Federal Rule of Bankruptcy Procedure 8009. Parties must file with the Bankruptcy Court their designations, transcript(s) and a statement of the issues to complete the record on appeal. When the record on appeal is complete, the Bankruptcy Clerk of Court will transmit the record to this Court's Clerk of Court. The Court will set a briefing schedule following the Bankruptcy Clerk of Court's notice of transmitting the record.

At the direction of the court, the parties are directed to comply with the provisions Federal Rule of Bankruptcy Procedure 8009.

**Sharon N. Harris, Clerk**