FILED
2022 Sep-23 PM 12:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ALABAMA

## NOTICE TO PARTIES

Date:  9/23/2022

Bankruptcy Court Number: 21-82094

**RE:**
**TitleMax of Alabama Inc**

    **v.**

**Neil Willis**

District Court Number:  5:22-cv-967-MHH

    Pursuant to Bankruptcy Rule 8007(b), please take notice that the record on appeal in the above-styled matter was filed in this court on 8/2/2022**,** and has been docketed and assigned to Judge Madeline H. Haikala   The filing of briefs and appendices is governed by Bankruptcy Rule 8018.  The appeal will be deemed submitted for decision at the conclusion of the briefing period.  Should the judge to whom this appeal has been assigned determine that the facts and legal arguments are not adequately presented in the briefs and record and that the decisional process would be significantly aided by oral argument, the parties will be so notified.

 

SHARON N. HARRIS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
1729 5TH AVENUE NORTH
BIRMINGHAM, AL 35203